UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Thomas Curtis, | Case No.: 2:24-cv-02291-JAD-NJK |
| Plaintiff | |
| v. | **Order Adopting Report and Recommendation and Dismissing Case** |
| Red Rock Casino, et al., | [ECF Nos. 7, 8] |
| Defendants | |

    Pro se plaintiff Thomas Curtis filed this civil-rights complaint, claiming that he was playing the Lobster Mania game at the Palace Station casino. He won, and to avoid having to pay him out, the floor tech "worked hand in hand" with gaming companies IGT and Game King Inc. to release a "nuclear substance," causing him bodily harm and giving them a nuclear cover under which they were able to change the images on the screen and deprive him of his "big win."[1] He seeks $62 billion in damages.[2]

    Because Curtis applies to proceed *in forma pauperis*, the magistrate judge screened his complaint and recommends that it be dismissed as frivolous and delusional.[3] The deadline for the plaintiff to object to that recommendation was January 21, 2025, and he filed no objection and did not ask to extend the deadline to do so. "District judges must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise."[4]

---

[1] ECF No. 1-1.

[2] *Id*. at 6.

[3] ECF No. 8.

[4] *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (cleaned up) (emphasis omitted).

Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the report and recommendation **[ECF No. 8] is adopted in full, and THIS CASE IS DISMISSED with prejudice and all pending motions [ECF No. 7] are DENIED as moot.** The Clerk of Court is directed to **ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 22, 2025

2